NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD DON CUTHBERTSON,         )
                                   )
         Appellant,          )
                                   )
v.                            )         Case No. 2D17-4414
                                   )
STATE OF FLORIDA,          )
                                   )
         Appellee.           )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Joseph A. Bulone,
Judge.

PER CURIAM.

      Affirmed.  See §§ 775.084(1)(d)(1)(a), 776.08, Fla. Stat. (2014); Johnson

v. State, 60 So. 3d 1045 (Fla. 2011); Young v. State, 739 So. 2d 553 (Fla. 1999); Zink v.

State, 951 So. 2d 34 (Fla. 2d DCA 2007); Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA

2005); Greenlee v. State, 591 So. 2d 310 (Fla. 2d DCA 1991); Curi v. State, 36 So. 3d

853 (Fla. 3d DCA 2010); Ubilla v. State, 8 So. 3d 1200 (Fla. 3d DCA 2009); Cala v.

State, 854 So. 2d 840 (Fla. 3d DCA 2003).

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.